**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Hogan Lovells US, LLP, Relator

Appellate case number:   01-17-00975-CV

Trial court case number:  2017-19016

Trial court:         333rd District Court of Harris County

On December 28, 2017, relator, Hogan Lovells US, LLP, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's November 6, 2017 order granting "Plaintiffs' Motion to Compel Discovery Responses From Third-Party Hogan Lovells US LLP." Relator further seeks to vacate the respondent's December 19, 2017 order denying relator's "Motion for Clarification" which, among other things, ordered relator to produce all non-privileged documents by January 15, 2018. Relator has included a record with the petition. *See* TEX. R. APP. P. 52.7.

With the petition, relator also filed an "Emergency Motion for Temporary Relief in Light of January 15, 2018 Deadline" seeking a temporary stay of the respondent's November 6, 2017 and December 19, 2017 orders, pending disposition of this petition. Relator's motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). On December 29, 2017, the real parties in interest filed a response in opposition to the motion. On January 2, 2018, relator filed a reply in support.

Accordingly, the Court **grants** the relator's motion and **ORDERS** that the respondent's November 6, 2017 and December 19, 2017 orders are **stayed**. *See id.* 52.10(b). This stay is effective until the petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    ☑ Acting individually    ☐ Acting for the Court
Date: January 4, 2018